Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–23359–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Philip Jeffrey Douglas
116 Dittmar Drive
Toms River, NJ 08757

Renee Lashawn Douglas
116 Dittmar Drive
Toms River, NJ 08757

Social Security No.:
xxx–xx–2220

xxx–xx–8090

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Thomas Orr is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 7, 2019</u>

<u>Kathryn C. Ferguson</u>
Judge, United States Bankruptcy Court