

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:<br><br>Philip Jeffrey Douglas<br>Renee Lashawn Douglas | Case No.: 16-23359 |
|---|---|
| | Judge: Ferguson |
| | Chapter: 7 |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that __Albert Russo__ is discharged as Trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is __Converted__.

DATED: 3/10/2020

Kathryn C. Ferguson
Judge, United States Bankruptcy Court